JACKSON, Respondent, v. BROOKLYN DAILY EAGLE, Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by Agnes V. Jackson against the Brooklyn Daily Eagle. W. N. Dykman, for appellant. G. C. Harrison, for respondent. No opinion. Upon the plaintiff stipulating to reduce the judgment as entered to the sum of $1,696.40, the judgment as so reduced affirmed, without costs to either party; if such stipulation be not given, judgment reversed, new trial ordered, costs to appellant to abide event.

JOHNSON, Respondent, v. NEW YORK & P. TELEPHONE & TELEGRAPH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1903.) Action by James G. Johnson against the New York & Pennsylvania Telephone & Telegraph Company. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to go to the Court of Appeals denied.

JONES v. SCHERMERHORN et al. (Supreme Court, Appellate Division, Fourth Department. January 13, 1903.) Action by E. Willard Jones, as trustee, etc., against John M. Schermerhorn and others. No opinion. Motion for leave to go to Court of Appeals denied, with $10 costs and disbursements.

JONES v. WILLIAMSBURG FIRE INS. CO. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by Benjamin W. Jones against the Williamsburg Fire Insurance Company. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

JORDAN et al., Respondents, v. UNDERHILL, Appellant. (Supreme Court, Appellate Division, First Department. February 6, 1903.) Action by Nina Jordan and another against Edward C. Underhill. J. A. Koones, for appellant. J. G. Deane, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

KAMINSKI, Respondent-Appellant, v. SCHEFER et al., Appellants-Respondents. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by Esther Kaminski against Carl Schefer and others. A. Blumenstiel, for appellants-respondents. O. Horwitz, for respondent-appellant. No opinion. Judgment and order affirmed, with costs to the plaintiff respondent.

In re KEARFUL. (Supreme Court, Appellate Division, Second Department. February 11, 1903.) In the matter of the application of Francis J. Kearful for admission to the bar. No opinion. Application granted.

KEEFE et al., Appellants, v. THIRD NAT. BANK OF SYRACUSE et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 6, 1903.) Action by Arthur J. Keefe and others against the Third National Bank of Syracuse and others. No opinion. Judgment affirmed, with costs.

KEEGAN, Respondent, v. EINSTEIN, Appellant. (Supreme Court, Appellate Division, Second Department. February 11, 1903.) Action by Mary Keegan against Jacob A. Einstein. No opinion. Judgment of the Municipal Court affirmed, with costs.

KELLY v. THEISS. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Action by Bridget M. Kelly against Alice M. Theiss. No opinion. Motion denied, with $10 costs.

KENNEDY, Appellant, v. SULLIVAN, Respondent (SULLIVAN, Defendant). (Supreme Court, Appellate Division, Second Department. January 23, 1903.) Action by Mary A. Kennedy against George T. Sullivan and Nettie E. Sullivan. No opinion. Leave to withdraw appeal granted, without costs.

KIMBALL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Ebenezer E. Kimball against the Metropolitan Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

KLEBS, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Wally Klebs against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

KOEHLER et al. v. BRADY. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by H. Koehler & Co. against James W. Brady. No opinion. Motion denied.

KOLLE, Respondent. v. NORTHERN ASSUR. CO. OF LONDON, ENG., Appellant. (Supreme Court, Appellate Division, Second Department. January 30, 1903.) Action by John Kolle against the Northern Assurance Company of London, England. No opinion. Order affirmed, with $10 costs and disbursements.

KOLLE, Respondent, v. SZERLIP, Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1903.) Action by John Kolle against John Szerlip (the name "John" being fictitious, etc.). No opinion. Motion granted.

KOPP v. WHITE. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Action by Robert Kopp against George W. White. No opinion. Motion dismissed.

KRAKAUER v. LAVELLE et al. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Action by Fanny Krakauer against George A. Lavelle and others. No opinion. Motion granted so far as to dismiss appeal, with $10 costs.